John BURK *v.* STATE of Arkansas

CR 93-146                                    848 S.W.2d 934

Supreme Court of Arkansas
Opinion delivered March 1, 1993

*Joseph Harold*, for appellant.

No response.

PER CURIAM. Appellant, John Burk, by his attorney, Joseph H. O'Bryan has filed a motion for rule on the clerk. His attorney admits that the record was tendered late.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See per curiam dated February 5, 1979, *In re: Belated Appeals in Criminal Cases*, 265 Ark. 964; *Terry* v. *State*, 272 Ark. 243, 613 S.W.2d 90 (1981).

A copy of this opinion will be forwarded to the Committee on Professional Conduct.